UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO BISTRAIN VAZQUEZ<br><br>                             Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, San Diego, California; JOSEPH FREDEN, Field Office Director of San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Sirce Owen, Acting Director for Executive Office for Immigration Review; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAM BONDI, Attorney General of the United States,<br><br>                             Respondents. | Case No.: 25-CV-2715 TWR (DEB)<br><br>**ORDER (1) REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS, AND (2) SETTING HEARING** |

Presently before the Court is Petitioner Mario Bistrain Vazquez's Petition for Writ of Habeas Corpus ("Pet.," ECF No. 1), filed pursuant to 28 U.S.C. § 2241. Having reviewed the Petition, the Court concludes that summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false." (citing *Hendricks v. Vasquez*, 908 F.2d 490 (9th Cir. 1990))).

Accordingly, the Court **ORDERS** Respondents Christoper J. LaRose, Senior Warden, Otay Mesa Detention Center, San Diego, California; Joseph Freden, Field Officer Director of San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Sirce Owen, Acting Director for Executive Office of Immigration Review; Kristi Noem, Secretary, U.S. Department of Homeland Security; and Pam Bondi, Attorney General of the United States, **TO SHOW CAUSE** why the Petition should not be granted by filing a written response no later than 5:00 p.m. on Monday, October 20, 2025. Petitioner **SHALL SERVE** on Respondents copies of both the Petition and this Order as soon as practicable and **SHALL FILE** proof of such service no later than 10:00 a.m. on Thursday, October 16, 2025. Additionally, the Court **SETS** an Order to Show Cause Hearing for Tuesday, October 21, 2025, at 1:00 p.m. in Courtroom 14A.

**IT IS SO ORDERED.**

Dated: October 15, 2025

Honorable Todd W. Robinson
United States District Judge